**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**MARK ANTHONY HAMMOND,**

        **Plaintiff(s),**      **CASE NUMBER: 04-73385**
                                      **HONORABLE VICTORIA A. ROBERTS**

**v.**

**MICHIGAN PAROLE BOARD,**

        **Defendant(s).**
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On June 9, 2006, Magistrate Judge Paul J. Komives submitted a Report and Recommendation **[Doc. 42]** recommending that the Court deny Petitioner Mark Anthony Hammond's Application for Writ of Habeas Corpus **[Doc. 1]**, pursuant to 28 U.S.C. §2254. Because the Court has not received objections within the time frame provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court will adopt the Magistrate Judge's Report and Recommendation.  The Court, therefore, **DENIES** Petitioner Hammond's Application for Writ of Habeas Corpus.

    **IT IS SO ORDERED.**

                                                  **S/Victoria A. Roberts**
                                                  **Victoria A. Roberts**
                                                   **United States District Judge**

**Dated:  July 31, 2006**

> **The undersigned certifies that a copy of this document was served on the attorneys of record & pro se plaintiff by electronic means or U.S. Mail on July 31, 2006.**
>
> **S/Carol A. Pinegar**
> **Deputy Clerk**